Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  19−21729−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerry L. Lewis
   68 West Diamond Ave.
   Pine Hill, NJ 08021

Social Security No.:
   xxx−xx−3793

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             8/21/19
Time:            09:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 9, 2019
JAN: eag

                                Jeanne Naughton
                                Clerk, U. S. Bankruptcy Court

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                           Case No. 19-21729-JNP
Jerry L. Lewis                                                   Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin              Page 1 of 1          Date Rcvd: Jul 09, 2019
                             Form ID: 132             Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db             +Jerry L. Lewis,   68 West Diamond Ave.,   Pine Hill, NJ 08021-6114
518341953      +CCMUA,   PO Box 1105,   Bellmawr, NJ 08099-5105
518297569       Inspira,   PO Box 48274,   Newark, NJ 07101-8474
518297570      +Midfirst Bank,   c/o KML Law Group, PC,   216 Haddon Avenue, Suite 406,
                 Westmont, NJ 08108-2812
518297571       Midland Mortgage,   PO Box 268806,   Oklahoma City, OK 73126-8806
518318385      +US Department of Housing and Urban Development,   451 7th Street SW,
                 Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,  One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518297568       E-mail/Text: bankruptcy@pepcoholdings.com Jul 09 2019 23:55:03      Atlantic City Electric,
                 PO Box 4875,   Trenton, NJ 08650
518297567      +E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2019 23:54:35      Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
518310359      +E-mail/Text: bankruptcy@pepcoholdings.com Jul 09 2019 23:55:03
                 Atlantic City Electric Company,   5 Collins Drive, Suite 2133,   Mail Stop 84CP42,
                 Carneys Point, NJ 08069-3600
518341960       E-mail/Text: documentfiling@lciinc.com Jul 09 2019 23:54:32      Xfinity,   PO Box 3001,
                 Southeastern, PA 19398-3001
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Eric  Clayman    on behalf of Debtor Jerry L. Lewis jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```