Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–21729–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jerry L. Lewis
   68 West Diamond Ave.
   Pine Hill, NJ 08021

Social Security No.:
   xxx–xx–3793

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/4/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 4, 2019
JAN: kvr

Jeanne Naughton
Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                           Case No. 19-21729-JNP
Jerry L. Lewis                                                                   Chapter 13
           Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 1               Date Rcvd: Sep 04, 2019
                              Form ID: 148                 Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 06, 2019.
db            +Jerry L. Lewis,    68 West Diamond Ave.,    Pine Hill, NJ 08021-6114
518422243     +CAMDEN COUNTY MUA,    1645 FERRY AVE,    CAMDEN NJ 08104-1311
518341953     +CCMUA,    PO Box 1105,   Bellmawr, NJ 08099-5105
518297569      Inspira,    PO Box 48274,   Newark, NJ 07101-8474
518419121     +MidFirst Bank,    999 Northwest Grand Boulevard,    Oklahoma City, OK 73118-6051
518297570     +Midfirst Bank,    c/o KML Law Group, PC,    216 Haddon Avenue, Suite 406,
                Westmont, NJ 08108-2812
518297571      Midland Mortgage,    PO Box 268806,   Oklahoma City, OK 73126-8806
518318385     +US Department of Housing and Urban Development,     451 7th Street SW,
                Washington, DC 20410-0002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 04 2019 23:41:25      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 04 2019 23:41:21      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
518297568      E-mail/Text: bankruptcy@pepcoholdings.com Sep 04 2019 23:40:57      Atlantic City Electric,
                PO Box 4875,   Trenton, NJ 08650
518419699      EDI: GMACFS.COM Sep 05 2019 03:13:00      Ally Capital,   PO Box 130424,
                Roseville MN 55113-0004
518297567     +EDI: GMACFS.COM Sep 05 2019 03:13:00      Ally Financial,   PO Box 380901,
                Minneapolis, MN 55438-0901
518310359     +E-mail/Text: bankruptcy@pepcoholdings.com Sep 04 2019 23:40:57
                Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Mail Stop 84CP42,
                Carneys Point, NJ 08069-3600
518345811     +EDI: AIS.COM Sep 05 2019 03:13:00      Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,
                Oklahoma City, OK 73118-7901
518341960      EDI: COMCASTCBLCENT Sep 05 2019 03:13:00      Xfinity,   PO Box 3001,
                Southeastern, PA 19398-3001
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                                         Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 4, 2019 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Jerry L. Lewis jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```